UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JANIE MAE CUMMINGS                               CASE NO. 20-10198
419 BRANN ROAD                                   JUDGE BENJAMIN A. KAHN
BROWNS SUMMIT, NC  27214

           DEBTOR

SSN(1) XXX-XX-2167                               DATE: 10/22/2020

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERIMARK PREMIER<br>P O BOX 2845<br>MONROE, WI  53566 | $0.00<br>INT:  .00%<br>NAME ID: 147603<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $326.32<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT: 3419<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 137686<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONSUMER CELLULAR<br>7204 SW DURHAM RD STE 300<br>PORTLAND, OR  97224-7574 | $0.00<br>INT:  .00%<br>NAME ID: 133970<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2167<br>COMMENT: OC |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $4,519.72<br>INT:  .00%<br>NAME ID: 166347<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 6414<br>COMMENT: 720OR,COD/LIF |
| MONTGOMERY WARD<br>P O BOX 2843<br>MONROE, WI  53566-0843 | $0.00<br>INT:  .00%<br>NAME ID: 51380<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MOREHEAD MEMORIAL HOSPITAL<br>P O BOX 11192<br>KNOXVILLE, TN  37939 | $0.00<br>INT:  .00%<br>NAME ID: 118934<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 2167<br>COMMENT: OC |
| NEW SOUTHERN LOANS INC<br>119 S VAN BUREN RD<br>EDEN, NC  27288 | $2,191.49<br>INT: .00%<br>NAME ID: 181366<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 7009<br>COMMENT: 82OOR |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $1,500.00<br>INT: 6.75%<br>NAME ID: 162216<br>CLAIM #: 0005 | | (V) VEHICLE-SECURED<br><br>ACCT: 3983<br>COMMENT: 99JEEP |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $6,519.66<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0006 | | (U) UNSECURED<br><br>ACCT: 3983<br>COMMENT: SPLIT |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0019 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY TAX<br>371 NC HIGHWAY 65 STE 107<br>WENTWORTH, NC  27375 | $0.00<br>INT: .00%<br>NAME ID: 159712<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| ROGER HAMMACK<br>419 BRANN RD<br>BROWNS SUMMIT, NC  27214 | $0.00<br>INT: .00%<br>NAME ID: 181608<br>CLAIM #: 0018 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| UNC ROCKINGHAM HEALTH CARE<br>117 E KINGS HWY<br>EDEN, NC  27288 | $0.00<br>INT: .00%<br>NAME ID: 169463<br>CLAIM #: 0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| UNIFUND CCR<br>10625 TECHWOODS CIR<br>CINCINNATI, OH  45242 | $306.41<br>INT: .00%<br>NAME ID: 174980<br>CLAIM #: 0009 | | (U) UNSECURED<br><br>ACCT: 9601<br>COMMENT: |
| VANDERBILT MORTGAGE & FINANCE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 27081<br>GREENSBORO, NC  27425-7081 | $0.00<br>INT: .00%<br>NAME ID: 37493<br>CLAIM #: 0004 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC,DIR |
| WAGNER FINANCIAL SVCS INC<br>1577 NEW GARDEN RD STE A<br>GREENSBORO, NC  27410-2798 | $489.78<br>INT: .00%<br>NAME ID: 124528<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 2167<br>COMMENT: |
| **TOTAL:** | **$15,905.38** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $2,500.00 | | ATTORNEY FEE |

PAGE 3 - CHAPTER 13 CASE NO. 20-10198

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/22/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtor
Attorney for Debtor - Electronic Notice